IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE WRIGHT,

        Plaintiff,                    No. CIV S-08-0267 MCE GGH P

   vs.

McGUINNESS, et al.,

        Defendants.              <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        By order filed April 16, 2008, the court granted plaintiff thirty days to file an amended complaint. In the April 16th order, the court informed plaintiff of the deficiencies in his complaint. Plaintiff was re-served with this order on June 11, 2008, and October 23, 2008, to his most current address. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        For the reasons given in the April 16, 2008, order, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file

1

Case 2:08-cv-00267-MCE-GGH   Document 14   Filed 12/17/08   Page 2 of 2

written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.

DATED: December 17, 2008

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:035
wrig0267.fta

2